Martin J. Ward and Charles E. Shattuck, Appellants, v. John W. Kennedy and Edward M. Tierney, Respondents.— Judgment and order affirmed, with costs. No opinion.

Melanie Huntley, Respondent, v. George V. Fluri, Appellant.— Judgment and order affirmed, with costs. No opinion.

In the Matter of the Probate of the Last Will and Testament of Rebecca Brown Scott, Late of the County of New York, Deceased. Katharine L. Irving, Appellant; Robertine Walker Brown, as Executrix, etc., of Rebecca Brown Scott, Deceased, Respondent.— Decree affirmed, with costs. No opinion. ·

Aaron Bieber, Appellant, v. Philip Rosengarten, Respondent.— Order affirmed, with costs. No opinion.

Charles E. Taylor, Respondent, v. Remington Construction Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham and Clarke, JJ?, dissenting.)

Donald Grant, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs, on 111 Appellate Division, 160.

Benjamin Squire, Appellant, v. Ernst Ordemann, Respondent, Impleaded with Edwin M. Andariese and Robert W. Strachan.— Judgment and order affirmed, with costs. No opinion.

Edward S. Hosmer, as Trustee in Bankruptcy of Burnett Y. Tiffany, Appellant, v. Burnett Y. Tiffany and Lucille A. Tiffany, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Henrietta Brossoit, as Administratrix, etc., of Mary S. Brazeau, Deceased, Appellant, v. Equitable Securities Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jesse L. Boskowitz, as Administrator, etc., of Ignatz Boskowitz, Deceased, Respondent, v. Anton W. Sulzbacher, Defendant, Impleaded with Joseph H. Sulzbacher (Surviving Partner of the Firm of J. H. Sulzbacher & Company), Appellant. (No. 4.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

James Jeremiah Enright, Respondent, v. John Boyd, Individually and as Trustee for James J. Enright, Appellant, Impleaded with The Ætna Securities Company and Others. (No. 4.)— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of East River Gas Company of Long Island City, Respondent, for an Order Appointing a Referee, etc. City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Daniel V. Arthur, Appellant, v. Roy Atwell, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Clarke and Lambert, JJ., dissenting.)

Prince Line, Limited, Respondent, v. John C. Seager Company, Appellant, Impleaded with Corn Exchange Bank.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of the City of New York, Relative to Acquiring, etc., Lands, etc., Between Bloomfield and Little West Twelfth Streets and Between Tenth and Thirteenth Avenues. John E. Conron and Others, Appel-